Court of Appeals Clerk                     Date: 3-14-15
Second District of Texas
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

Re: Trial Transcripts : Court of Appeals Number: 02-14-00064-CR
Trial Court Case Number: 1269829D

To the Clerk of the 2nd Court of Appeals,
I would like an estimate for the cost per
Copy and total cost for my trial transcripts including
the voir dire examination of the jury panels and
All bench conferences. I look forward to recieving
your written responce within 7-14 buisness
days.

Respectfully,  Kevin Talkington
               Kevin Talkington
               TDCJ# 01911091
               2661 FM 2054
               Coffield Unit
Cc file:       Tennessee Colony, Tx. 75884

**RECEIVED**

MAR 1 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Kevin Talkington 1911041
2661 FM 2054 Co Unit
Tennessee Colony, TX. 75884

legal Mail

NORTH TEXAS TX PDEC
DALLAS TX 750
17 MAR 2015 PM 10 1

Clerk
Court of Appeals Second district of Texas
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

76196

